# Quinn *v.* The State.

*Proceedings in Bastardy.*

1. *Appeal; only lies from final judgment.*—"It is only from a final judgment that appeal will lie under § 426 of the Code, which with § 4405 is applicable to appeals in bastardy cases."

APPEAL from the Circuit Court of Franklin.
Tried before the Hon. THOMAS R. ROULHAC.

Quinn was tried and convicted of bastardy before a justice of the peace. He appealed to the Circuit Court and the jury returned a verdict of guilty against him. But no judgment was rendered on said verdict. Defendant moved in arrest of judgment, which motion was overruled, and he appeals.

No brief for appellant came to the hands of the reporter.

W. H. KEY, for the State.

SHARPE, J.—It does not appear from this record that any judgment was rendered against the defendant from which he could appeal. The ruling upon his motion in arrest of judgment, was necessarily while the cause was pending and before final judgment, and it is only from a final judgment that an appeal will lie under section 426 of the Code which, together with section 4405 is applicable to appeals in bastardy cases. The rul-

[Taylor v. The State.]

ing was not upon a motion for a new trial such as may be appealed from under section 434 of the Code. To render the verdict effective it must be followed by a judgment of the court as prescribed in such cases by section 4393 of the Code. The requisites of such judgments were considered in *Smith v. State*, 73 Ala. 11; *Austin v. Pickett*, 9 Ala. 102; *Berryman's Case, Ib.* 455; *Wilson's Case*, 18 Ala. 757.

The appeal will be dismissed.